IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Michael Tyrone Perry, ) | C.A. No. 4:12-1205-TLW-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -versus- ) | ORDER |
| ) | |
| SCDC; ) | |
| Lee C. I.; ) | |
| Warden A. J. Padula; ) | |
| Captain Ronnie Cribb; ) | |
| SMU Administrator Bruce Oberman; ) | |
| William A. Byars, Director over SCDC; ) | |
| Doctor Edward Stahl; ) | |
| Nurse Administrator Yvonne McDonald; ) | |
| IGC C. James, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 34). In his Report, Magistrate Judge Rogers recommends that Defendants South Carolina Department of Corrections ("SCDC") and the Lee Correctional Institution ("Lee C. I.") be dismissed from this action *without prejudice* and without service of process. The Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 24), and Defendants South Carolina Department of Corrections ("SCDC") and the Lee Correctional Institution ("Lee C. I.") are **DISMISSED** from this action *without prejudice* and without service of process.

IT IS SO ORDERED.

   s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

July 26, 2012
Florence, South Carolina